Date: 01/07/11

**DIVIDENDS REMITTED TO THE COURT**

Check Number 110 Dated 01/07/11

Case Number 09-30969 - WYGANT, DAVID W

3P18

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **GE Money Bank**<br>**c/o Recovery Management Systems Corporat**<br>**25 SE 2nd Ave Suite 1120**<br>**Miami FL 33131-1605**<br>FINAL DISTRIBUTION<br>2133 | **000003** | **3,493.15** | **4.74** |
| **U.S. Bank N.A.**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201**<br>FINAL DISTRIBUTION<br>2007 | **000009** | **992.59** | **1.35** |
| **US DEPT OF EDUCATION**<br>**ATTN: BORROWERS SERVICE DEPT**<br>**PO BOX 5609**<br>**GREENVILLE TX 75403**<br>FINAL DISTRIBUTION<br>3308 | **000010** | **1,975.83** | **2.68** |
| ----------- Remittance Total --------------- | | **6,461.57** | **8.77** |

John A. Hedback, Trustee

RECEIVED
11 JAN 11 AM 10: 22
U.S. BANKRUPTCY COURT
ST. PAUL, MN